**JAVERBAUM WURGAFT HICKS**
**KAHN WIKSTROM & SININS, P.C.**
By: Drake P. Bearden, Jr., Esquire
Attorney PA I.D. 308035
1000 Haddonfield-Berlin Road, Suite 203
Voorhees, NJ 08043
Telephone: (856) 596-4100 x 3050
Facsimile: (856) 702-6640
dbearden@lawjw.com
Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONNA SHOWELL, | : |
| *Plaintiff*, | : |
| v. | : CIVIL ACTION NO. 2:24-cv-664-KNS |
| THE UNIVERSITY OF PENNSYLVANIA | : **JOINT CONSENT ORDER EXTENDING TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS** |
| *Defendant(s)* | : |

This matter having been opened to the Court by the parties, Drake P. Bearden, Jr., on behalf of Plaintiff, and Meredith Dante and Elliot Imani Griffin on behalf of Defendant, and for good cause shown,

It is on this _____ day of _____, 2024,

ORDERED that Plaintiff's time to respond to Defendant's Motion to Dismiss Plaintiff's Amended Complaint (Doc No. 10) is hereby extended to July 15, 2024.

BY THE COURT:

_____
Kai N. Scott,                J.

1

Approved as to the form and substance of the above Order.

| JAVERBAUM WURGAFT HICKS KAHN WIKSTROM & SININS, P.C. | BALLARD SPAHR |
|---|---|
| */s/ Drake P. Bearden, Jr.*<br>Drake P. Bearden, Jr.<br>Attorneys for Plaintiff | */s/ Meredith S. Dante*<br>*/s/ Elliot Imani Griffin*<br>Meredith S. Dante<br>Elliot Imani Griffin<br>Attorneys for Defendant |

Dated:  July 10, 2024