IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DONNA SHOWELL, :
:
    *Plaintiff*, :
:
    v. : CIVIL NO. 24-664
:
THE UNIVERSITY OF :
PENNSYLVANIA, :
    *Defendant.* :
:

## ORDER

**AND NOW**, this **16th** day of **April 2025**, following a Rule 16 Conference held on this same day, it is **hereby ORDERED** that the parties are referred to the Honorable Elizabeth T. Hey, United States Magistrate Judge, for a settlement conference. The parties shall promptly advise Judge Scott of any resolution of this case by emailing Chambers.

BY THE COURT:

_____
HON. KAI N. SCOTT
United States District Court Judge