IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONNA SHOWELL | : | CIVIL ACTION |
| | : | |
| | : | |
| v. | : | |
| | : | |
| THE UNIVERSITY OF PENNSYLVANIA | : | |
| | : | NO.  24-664 |
| | : | |

## **MOTION AND ORDER**

AND NOW, this 11th day of June, 2025, the Court having received an email request from Plaintiff(s) to reschedule the settlement conference, it is ORDERED that the request is treated as a motion, and upon consideration the motion is GRANTED.

BY THE COURT:

/s/Elizabeth T. Hey

_____
UNITED STATES MAGISTRATE JUDGE
ELIZABETH T. HEY